## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

   MOYNIHAN
        Plaintiff

V.

   AES GROUP USA, LLC et al
        Defendants

CIVIL ACTION

NO. 22-11889-WGY

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, DJ

    The Court having been advised on May 28, 2024 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

May 28, 2024
Date

/s/ Jennifer Gaudet
Deputy Clerk